**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6634**

EDDIE MILTON GAREY, JR.,

                Petitioner - Appellant,

      v.

ANDREW MANSUKEANI, Warden of Estill FCI,

                Respondent - Appellee,

      and

ERIC HIMPTON HOLDER, JR., US Attorney General,

                Respondent.

Appeal from the United States District Court for the District of South Carolina, at Anderson.   Bruce H. Hendricks, District Judge. (8:15-cv-00056-BHH)

Submitted:  July 21, 2016        Decided:  July 22, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie Milton Garey, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Milton Garey, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice[*] his 28 U.S.C. § 2241 (2012) petition and the court's order denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Garey v. Mansukeani, No. 8:15-cv-00056-BHH (D.S.C. Jan. 7, 2016; Apr. 19, 2016). We grant Garey's motion for an extension of time to file his supplemental informal brief, and we deny Garey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We conclude that the district court's dismissal order is a final, appealable order. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623-24, 629-30 (4th Cir. 2015).

2